UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6032-CR-ZLOCH

21 U.S.C. §841(a)(1)
18 U.S.C. 2

FILED by _____ B.C.

FEB 3 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

    PLAINTIFF,

v.

LIONEL HANNA,

    DEFENDANT.

## INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about January 7, 2000, at Broward County, in the Southern District of Florida, the defendant,

**LIONEL HANNA,**

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, which was in the trunk of a white 1998 Infiniti four-door car; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.



## COUNT II

On or about January 7, 2000, at Broward County, in the Southern District of Florida, the defendant,

LIONEL HANNA,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, mixtures and substances containing detectable amounts of cocaine, and cocaine containing cocaine base, which was in a single family residence located at 416 N.W. 14th Way, Fort Lauderdale, Florida; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
STEVEN R. PETRI
ASSISTANT U.S. ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA** **CASE NO.** ____________________

v.

LIONEL HANNA
______________________

# CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New Defendant(s) Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

**Court Division:** (Select One)

___ Miami ___ Key West
X__ FTL ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) NO
List language and/or dialect ____________

4. This case will take 4 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

| (Check only one) | | | (Check only one) | |
|---|---|---|---|---|
| I | 0 to 5 days | X | Petty | |
| II | 6 to 10 days | | Minor | |
| III | 11 to 20 days | | Misdem. | |
| IV | 21 to 60 days | | Felony | X |
| V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No) NO
If yes:
Judge: ____________ Case No. ____________
(Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) NO
If yes:
Magistrate Case No. ____________
Related Miscellaneous numbers: ____________
Defendant(s) in federal custody as of ____________
Defendant(s) in state custody as of ____________
Rule 20 from the ____________ District of ____________

Is this a potential death penalty case? (Yes or No) NO
7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _ Yes_X No If yes, was it pending in the Central Region? _ Yes_ No

Steven R. Petri
STEVEN R. PETRI
ASSISTANT UNITED STATES ATTORNEY
COURT NO. A550048

*Penalty Sheet(s) attached

REV.4/7/99

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: <u>LIONEL HANNA</u>          No.:_____

Count #l:    Possession w/intent to distribute cocaine; in violation of 21:841(a)(1)

<u>*Max Penalty: Mandatory minimum of 5 years' imprisonment; maximum of 20 years' imprisonment; $2 million fine</u>

Count #2:    Possession w/intent to distribute cocaine and cocaine base; in violation of 21:841(a)(1)

<u>*Max Penalty: Mandatory minimum of 5 years' imprisonment; maximum of 20 years' imprisonment; $2 million fine</u>

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, <u>special assessments, parole terms or forfeitures that may be applicable.</u>**