AO 442 (Rev. 12/85) Warrant for Arrest  AUSA STEVEN R. PETRI - DEA

# *United States District Court*

SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

**00-6032**

**CASE NUMBER:**

**CR-ZLOCH**

LIONEL HANNA

TO:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ LIONEL HANNA _____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him with (brief description of offense)   Possession of cocaine and cocaine base with the intent to distribute

in violation of Title __21__ United States Code, Section(s) __841__

| | |
|---|---|
| CLARENCE MADDOX | COURT ADMINISTRATOR\CLERK OF THE COURT |
| Name of Issuing Officer | Title of Issuing Officer |
| *(signature)* | FEBRUARY 3, 2000  Fort Lauderdale, Florida |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at $Pre-Trial Detention *requested* | by LURANA S. SNOW, U.S. CHIEF MAGISTRATE JUDGE |
| | Name of Judicial Officer |

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | | |
| DATE OF ARREST | | |