AO 442 (Rev. 12/85) Warrant for Arrest   AUSA STEVEN R. PETRI - DEA    44/9895

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

V.

LIONEL HANNA

**WARRANT FOR ARREST**

CASE NUMBER: 00-6032

CR-ZLOCH

TO:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ LIONEL HANNA _____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him with (brief description of offense) Possession of cocaine and cocaine base with the intent to distribute

in violation of Title __21__ United States Code, Section(s) __841__

CLARENCE MADDOX                                         COURT ADMINISTRATOR\CLERK OF THE COURT
Name of Issuing Officer                                 Title of Issuing Officer

_(signature)_                                           FEBRUARY 3, 2000   Fort Lauderdale, Florida
Signature of Issuing Officer                            Date and Location

Bail fixed at $Pre-Trial Detention _Requested_          by LURANA S. SNOW, U.S. CHIEF MAGISTRATE JUDGE
                                                        Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at | | |
| Ft. Lauderdale, FL  -  Detainer pickup from BSO | | |
| DATE RECEIVED<br>2/3/2000 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER<br>_(signature)_<br>Fred Depompa, SDUSM |
| DATE OF ARREST<br>2/9/2000 | FOR: DEA | |