UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal #_____

UNITED STATES OF AMERICA    )
        Plaintiff    )    Case Number: CR 00-6032CR-ZLOCH
            )    REPORT COMMENCING CRIMINAL
  -vs-    )    ACTION
            )
LIONEL HANNA    )    SS 194-00-9
        Defendant

FILED by ___ D.C.
FEB 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Clerk's Office    MIAMI / FT. LAUDERDALE / W. PALM BEACH
    U.S. District Court    (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 2-9-00     am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: PWID COCAINE

(4) U.S. Citizen [✓] Yes [ ] No [ ] Unknown

(5) Date of Birth: 2-5-41

(6) Type of Charging Document: (check one)
    [✓] Indictment [ ] Complaint To be filed/Already filed
    Case# 00-6032-CR-ZLOCH

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: S/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES [ ]NO

Amount of Bond: $ PTD
Who set Bond: _____

(7) Remarks: _____

(8) Date: 2/9/00    (9) Arresting Officer: _____

(10) Agency: USMS    (11) Phone: 356-7256

(12) Comments: _____

4