UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6032-CR-ZLOCH

UNITED STATES OF AMERICA

vs

LIONEL HANNA

ARRAIGNMENT INFORMATION SHEET

*FILED by ___ D.C. FEB - 9 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on FEBRUARY 9, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:         Address: _Custody_

Telephone: _____

DEFENSE COUNSEL:   Name: _FPD_

Address: _____

Telephone: _____

BOND SET/CONTINUED:  $ _____

Bond hearing held:  yes____  no _X_   ~~Bond~~ PTD hearing set for _2/14/00 @ 10 AM before Seltzer_

Dated this __9TH__ day of __FEBRUARY__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Benny Butler_
Deputy Clerk

Tape No. ____00- _008_

cc: Copy for Judge
    U. S. Attorney