COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: LIONEL HANNA (J)  CASE NO: 00-6032-CR-ZLOCH
AUSA: STEVE PETRI /Thompson/  ATTY: Robin Farnsworth
AGENT: DEA  VIOL: 21:841
PROCEEDING I/A ON INDICTMENT  RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no  COUNSEL APPOINTED
  BOND SET @
  SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person

3) Travel extended to:

Deft advised of charges - sworn for
appmnt of counsel

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:
                         (PTD)/BOND HRG:  2-14    10   BSS ✓
                         PRELIM/ARRAIGN:
                         REMOVAL HRG:                       ✓
                         STATUS CONF:   2-24    11   BSS

Date: 2-9-00    Time 11:00    FTL/LSS TAPE #00- 008    Begin: 1775    End: 2035

Re-call @ 2041