UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal #: 55194-004

UNITED STATES OF AMERICA )
       Plaintiff ) Case Number: CR 00-6032-CR-WJZ
                   ) REPORT COMMENCING CRIMINAL
  -vs-               ) ACTION
                   )
LIONEL HANNA )
       Defendant

*************************************************

TO: Clerk's Office   MIAMI   FT. LAUDERDALE   W. PALM BEACH
    U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE

*************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 2-9-00   am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: PWID COCAINE

(4) U.S. Citizen [✓] Yes [ ] No [ ] Unknown

(5) Date of Birth: 2-5-41

(6) Type of Charging Document: (check one)
    [✓] Indictment [ ] Complaint To be filed/Already filed
    Case# 00-6032-CR-ZLOCH

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: S/FL

COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES [ ]NO

Amount of Bond: $ PTD
Who set Bond: _____

(7) Remarks: _____

(8) Date: 2/9/00  (9) Arresting Officer: _____
(10) Agency: USMS  (11) Phone: 356-7356
(12) Comments: _____