UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6032-CR-ZLOCH

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LIONEL HANNA, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |



### NOTICE OF ASSIGNMENT

COMES NOW the United States of America, by and through its undersigned Assistant United States Attorney, Donald F. Chase II, and gives notice that the above-captioned case has been reassigned to Assistant United States Attorney.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
Donald F. Chase, II
Assistant United States Attorney
Florida Bar No. A5500077
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL 33394
Telephone: (954) 356-7255
Facsimile: (954) 356-7336

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 14th day of February, 2000 to Federal Public Defenders Office, Consolidated Bank Building, 101 N.E. 3rd Ave., Suite 202, Fort Lauderdale, Florida 33301.

_____
Donald F. Chase, II
Assistant United States Attorney

cc: Pre-Trial Services
    Steve Meyer, ATF, Case Agent