UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



USA                                                           00-6032-CR-Zloch

V

LIONEL HANNA

CLERK'S NOTICE OF FILING EXHIBIT

Attached is an exhibit received into evidence during a pretrial detention hearing before U.S. Magistrate Judge Barry S. Seltzer on February 14th, 2000. It is an original "Request For Bond" drafted by the defendant.

_____
Debbie Donovan
CRD for Magistrate Judge Barry S. Seltzer

United States District Court

Southern        District of        Florida

United States of America,
v.
Lionel Hanna.

Case No. CR-ZLOCH

Request For Bond

FILED BY ___ D.C.
FEB 1 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Lionel Hanna has been confined for more than Thirty Five (35) days and it has taken it's magnitude upon his family and himself — That is to say mentally and Finanically. The Court has already recognized Lionel Hanna's poverty and and declared Him indigent;

2) State Officials and Government Officers have been known to construe issues, fabricate evidence and to lie upon the witness stand; and if anyone states cause(s) why Lionel Hanna should be denied bond, The Court with It's Judicial Power should at least allow Lionel Hanna the opportunity to refute the cause(s);

3) Lionel Hanna was born and raised in the United States of America and has no intentions of ever jumping bond — Infact, Lionel Hanna promises that if granted a bond, He would make all court appearances. Neither poverty nor prejudice should hold a candle up against the Equal Rights Law.

Prayers

Thereby, Lionel Hanna prays and requests That He be granted a bond That would meet within His poverty.

submitted in good faith by: Lionel Hanna
Lionel Hanna, 55194-004
10-E, FDC, P.O. Box 019120
Miami, Fl 33101-9120

