COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Lionel Hanna (J)#          CASE NO: 00-6032-CR-Zloch
AUSA: Steve Petri *Don Chase*    ATTNY: FPD *Bidwell for Bob Berube*
AGENT: ___                       VIOL: ___
PROCEEDING: PTD HEARING          BOND REC: ___
BOND HEARING HELD - (yes)/no     COUNSEL APPOINTED: ___

[FILED by ___ D.C. FEB 14 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

___ BOND SET @ ___
CO-SIGNATURES: ___
SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House ___ Electronic Monitoring ___

Govt proceeds by proffer

Agent - Andrew Pullen (sworn)

Deft's exhibit #1 - A's hand written request for bond

PTD ordered

NEXT COURT APPEARANCE:   DATE: ___   TIME: ___   JUDGE: ___
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: ___
DATE: 2-14-00   TIME: 10:00am ends 11:30am   TAPE # 00-012 PG # 2997-3671

17