UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6032-CR-ZLOCH\SELTZER

UNITED STATES OF AMERICA   )
                           )
                           )
v.                         )
                           )
                           )
                           )
LIONEL HANNA,              )
                           )
       Defendant           )
_____)



**GOVERNMENT'S SUPPLEMENTAL RESPONSE
TO STANDING DISCOVERY ORDER**

The United States files this supplemental response to the Standing Discovery Order issued in this case. This supplemental response is numbered to correspond to that Order.

1.  A.  5.  Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendant may be inspected on a mutually convenient time at the Office of the United States Attorney, 500 East Broward Boulevard, Suite 700 in Fort Lauderdale, Florida. Please call the undersigned to set up a date and time that is convenient to both parties.

    The attachments to this discovery response are not necessarily copies of all the books, papers, documents, etc., that the government may intend to introduce at trial. Such attachments include the following: telephone call recorded on 1/8/2000, 71 photographs; manuscript handwritten by defendant pages numbered 1-133, inmate request form noted as (b), and 2 handwritten and unnumbered pages beginning "I remember" and "my truest friend."; 4 cardboard boards with one containing handwritten records written on one side and "cash" handwritten on the other side; 4 page FHP traffic crash report; Scott Infiniti loaner agreement and report of damage done by defendant to the same and estimate of cost to repair; documents produced by Carcorp in response to subpoena (33 pages); and documents

1

seized from 416 NW 14 Way (9 receipts of payments made to Carcorp; 1 receipt from Warren Henry Infiniti; 24 pages of handwritten notes; $198.47 money order receipt; $420.73 money order receipt; Smart Stop Supermarket receipt dated 9/30/98; residential lease for 3540 NW 73 Way; 5 rental receipts for 416 NW 14th Way; handwritten ledger for checks numbered 668-701; handwritten note containing the following passage: "I love consuming knowledge whether its legal or criminal;" 3 tag renewal notices issued by Broward County; 3 pages of rental contract signed by the defendant; pleadings from case number 92-21852: discovery response, complaint\arrest affidavit dated 6/19/92, Miranda rights waiver form, xeroxed 5 Polaroid photographs, 1 page Scott Infiniti invoice; 2 Allstate insurance cards, Florida vehicle registration form issued to defendant, certificate of title to 1994 Infiniti, power of attorney form, 2 envelopes addressed to defendant at Hendry County jail, check #211, deposit ticket, Arrow Locksmiths bill, handwritten letter to Allstate, cash appearance bond form in the name of the defendant, Capital One bill, handwritten letter to Pitney Bowes, letters from attorneys Vizcarrondo and Dion, Capital One visa card in defendant's name and PIN notification, Citibank and BellSouth envelopes addressed to defendant, blank Barnett Bank check on defendant's account, 2 Flat Rate long distance cards, FPL bill for 10/20/99 to 11/18/99, Primus account information, Birth Certificate of Alberta Hanna, Citibank blank check, AT&T cellular telephone records from 11/27/99-12/26/99, rental car contract in the defendant's name, and handwritten note about Bernadette Lucille McLeod.

B.     DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

H.     The government will advise the defendant prior to trial of its intent, if any, to introduce during its case in chief proof of evidence pursuant to F.R.E. 404(b). You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

In addition, the government may introduce under Rule 404(b) evidence underlying the defendant's past criminal activity that has resulted in arrests and/or convictions and which is summarized in the attached court documents.

K.  Field tests performed on substances seized from the automobile driven by the defendant and residence were positive for cocaine hydrochloride and cocaine base. Reports from a forensic chemist analyzing the same will be produced upon completion.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

In addition to the request made above by the government pursuant to both Section B of the Standing Discovery Order and Rule 16(b) of the Federal Rules of Criminal Procedure, in accordance with Rule 12.1 of the Federal Rules of Criminal Procedure, the government hereby demands Notice of Alibi defense; the approximate time, date, and place of the offense was:

Time:   Approximately 2:25 p.m. to about 6:15 p.m.
Date:   January 7, 2000
Place:  I95 Northbound and the New River Bridge; I95 Northbound off-ramp on to Broward Boulevard; 11th Avenue and Broward Boulevard; and 416 NW 14 Way; all locations being in Broward County, Florida

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By:  DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500077
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255
Fax: (954) 356-7336

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was hand-delivered and delivered by United States mail this 25th of February 2000 to Robert Berube, Esq., Federal Public Defender's Office, 101 NE 3rd Avenue, Suite 202, Fort Lauderdale, FL 33301.

_____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY