COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Lionel Hanna (no deft needed)  CASE NO: 00-6032-CR-Zloch
AUSA: Steve Petri /Chase  ATTNY: FPD Smargon for Berube
AGENT: ____  VIOL: ____
PROCEEDING: Status Conference  BOND REC: ____

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: ____

___ BOND SET @ ____

CO-SIGNATURES: ____

SPECIAL CONDITIONS: ____

FILED by ___ D.C.
FEB 2 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ____
11) Travel extended to: ____
12) ___ Halfway House ____
    ___ Electronic Monitoring ____

Discovery out —
Gov't plans to SS Indictment
March 27th trial date
no motions pending
1 tape - audio
3 days to try

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL: ____
PTD/BOND HEARING: ____
PRELIM/ARRAIGN. OR REMOVAL: ____
STATUS CONFERENCE: ____
DATE: 2-24-00    TIME: 11:00am    TAPE # 00-016    PG # 2

3104 —

21