UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6032-CR-ZLOCH

UNITED STATES OF AMERICA,

VS.

LIONEL HANNA,

   Defendant.
_____/



## STATUS REPORT

A status conference was held in this cause on February 24, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order, with the exception of latent examiner and laboratory reports and telephone subscriber information; when it receives these documents, the Government will forward them to the defense. No motions are pending. The Government further represented that its case will involve one tape and will require three days to try. Finally, the Government represented that if this matter is not resolved by way of a change of plea, it will likely supersede the Indictment prior to the trial date.

1

2.   Defense counsel did not dispute the Government's representations.

DATED at Fort Lauderdale, Florida this 26 day of February 2000.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable William J. Zloch
United States District Judge

Steve Petri, Esquire
Assistant United States Attorney

Federal Public Defender
Attorney for Defendant