

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6032-CR-ZLOCH

UNITED STATES OF AMERICA

    v.

LIONEL HANNA

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

| PLACE<br>299 E. BROWARD BLVD.<br>FT. LAUDERDALE, Fl, 33301 | COURTROOM A<br>DATE & TIME:<br>March 27, 2000, at 9:00 AM |
|---|---|

CALENDAR CALL - RESET BY COURT

                                            CLARENCE MADDOX
                                            CLERK OF COURT

                                            BY DEPUTY CLERK

DATE: March 7, 2000

cc:
Donald Chase, Esq., AUSA
Robert Berube, Esq., AFPD