DEFT: Lionel Hanna (J)#  
CASE NO: 00-6032-CR-Zloch  
AUSA: Donald Chase *present*  
ATTNY: FPD: Bob Berube *present*  
AGENT:  
VIOL:  
PROCEEDING: Motion for new counsel  
BOND REC:  
BOND HEARING HELD - yes/no  
COUNSEL APPOINTED:  

FILED by D.C.
MAR 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

BOND SET @  
CO-SIGNATURES:  
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House ___ Electronic Monitoring

Δ - will try to retain counsel w/in 10 days — matter reset

[crossed out]

Δ - motion is Denied

NEXT COURT APPEARANCE: DATE: TIME: JUDGE:  
INQUIRY RE COUNSEL:  
PTD/BOND HEARING:  
PRELIM/ARRAIGN. OR REMOVAL:  
STATUS CONFERENCE:  

DATE: 3-13-00  TIME: 11:00am  TAPE # 00-018  PG # 8

2846 - 3317

26