United States District Court
District Of Florida
Southern

FILED BY _____

00 MAR 14 PM 12:58

CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

United States Of America

Lionel Hanna

COPIES NOT PROVIDED

Case No. 00-6032-CR-ZLOCH

Additional Supporting Grounds For A Hearing in regards To: Motion For New Counsel----

Lionel Hanna (Pro se, hereafter denoted: Hanna) send this foregoing "Additional Supporting Grounds For A Hearing in regards To: Motion For New Counsel----". And Hanna alleges:

A) This cause should not be put to trial because arresting state officials illegally searched the car which Hanna was in, attained their warrant by concocted illegal means and tampered with evidence by committing theft of some of the money and jewelry that was seized [at the arrest (money)] during and from the search of Hanna's resident;

B) Hanna received a notice stating that States officials had seized $30,490.00 And the Prosecutor said that State officials confiscated $28,000.00 — Also, within the Government's response its dictate that States officials took $2,235.00 from Hanna's pockets. see: Governments response---, evidence property form. Hanna opposes the amount that was removed from his pockets because only one State official was present at removing of money and witnesses did see that State official push Hanna on the ground remove the money which was over $2,500 and one officer has confirmed such to Hanna;

C) At this time Hanna is not revealing all of his evidence and allegations however, referring

(01)

27

Too The valuable Jewelry which was and is partially owned by <u>Bernadette McLeod</u> The woman (Girl Friend) That has been living intimately with Hanna for well over Ten(10) years, see Motion For New Counsel---, p. 2, par. 6 — Being That State Officials is stating That They only confiscated a Total of Five (5) pieces of Jewelry #1) watch Piaget #2) watch #3) ring #4) Necklack #5) Earrings — Hanna contends That there was "much more" valuable Jewelry seized and removed from His resident — And Just To identify a Few [not all]: Large Africa Gold Coin with Two rows of diamonds encircled around it, An 18th Century Five (5) dollar Gold Coin encircled with Two rows of diamonds, A very heavy Gold bullion'like chain with removable thick broach with blue stone in Center. — Hanna asserts That The Valuable Jewelry and money That is not accounted for has been stolen by State Officials.    Nevertheless, Hanna would like To resolve His Claim of Theft by State Officials without resorting To The <u>Internal Affairs</u>; And at an open or Closed hearing, Hanna would put forth (as here) <u>Fruit of A poison Tree</u>;

    d)   Hanna sayeth That He's not try'n To be dilatory in This Cause but, He would like To be afforded the opportunity To Try Too retain an Attorney That would make sure That His case and accusations are fully investigated.    No effort To investigate case or accusations has been done by the court appointed counsel;

E) Even though, at this time Hanna did not reveal all His evidence and allegations, He contends that State officials conspired in criminal activity by concealing, stealing money and Valuable Jewelry, evidence that connects with this cause. The court, neither the Government should not stand easy to the State officials tampering, concealing and the stealing of evidence.

### Prayers

Hanna prays in this foregoing "Additional Supporting Grounds---" that the Honorable Court would award a hearing or any other resolving means that the Court deems would be appropriate to this cause.

Respectfully submitted by: *Lionel Hanna*
Lionel Hanna, 55194-004
7-E, FDC, P.O. Box 019120
Miami, Fl 33101-9120

### Certification

I, Lionel Hanna (wherein at confined) after complying for notary service and was not able to obtain such service, declares before God and the undersigned witnesses that the foregoing "Additional Supporting Grounds ----", that on this 12th day of March, 2000 all stated in said Additional Supporting Grounds to the best of His knowledge is true, and that He (Lionel Hanna) is ready to be sworn before the court.

Signed: *Lionel Hanna*
Lionel Hanna, 55194-004

1) Witness: *Wally MacKay*

2) Witness: *Evan Fiennio*

(03)

Date: March 12, 2000

From: Lionel Hanna, 55194-004
7-E, FDC, P.O. Box 019120
Miami, Fl 33101-9120

To: The Honorable Clerk of Court
United States Courthouse, Federal Building
299 E. Broward Blvd.,
Ft Laud., Fl 33301

Dear Honorable Clerk,

Hereto, I have attached my "Additional Supporting Grounds---" however, due to hasseling rules wherein I'm confined, I was unable to supply copies to the concern parties wherefore, I'm imploring to you too assist in this cause and see to it that all concern parties receive a copy in full of my said attachment. The record will show that my poverty has already been recognized by the court.

Earnestly submitted by: *Lionel Hanna*
Lionel Hanna, 55194-004
7-E, FDC, P.O. Box 019120
Miami, Fl 33101-9120