UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6032-CR-ZLOCH

UNITED STATES OF AMERICA,

vs.

LIONEL HANNA,

      Defendant.
_____/



### ORDER DISMISSING DEFENDANT'S PRO SE MOTION

THIS CAUSE is before the Court on the pro se Motion for Additional Grounds for a Hearing in Regards to Motion for New Counsel, (DE 27), filed by Defendant Lionel Hanna and was referred to United States Magistrate Judge Barry S. Seltzer pursuant to Magistrate Rule 1(c) and (d), Local Rules of the United States District Court for the Southern District of Florida.

On March 14, 2000, Defendant filed a pro se Motion for Additional Grounds for a Hearing in Regards to Motion for New counsel. (DE 27.)  Local Rule 11.1(D)(4), however, prohibits a party who has appeared by attorney from thereafter acting on his own behalf in a proceeding unless substitution shall first have been made by the Court.  S.D. Fla. L.R. 11.1(D)(4).  The Federal Public Defender has entered an appearance on behalf of

1

Defendant, and the Court file does not reflect any substitution for counsel of record. Accordingly, the undersigned summarily dismisses the Motion, (DE 27), for having been filed in violation of Local Rule 11.1(D)(4).[1]

DONE AND ORDERED at Fort Lauderdale, Florida, this 15th day of March 2000.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable William J. Zloch
United States District Judge

Don Chase, Esquire
Assistant United States Attorney

Federal Public Defender's Office
Counsel for defendant

Lional Hanna, pro se
55194-004
7-E, FDC
P.O. Box 019120
Miami, Florida 33101-9120

---

[1] The undersigned notes that on March 13, 2000, the undersigned permitted Defendant Hanna to be heard in Court on his request for new counsel. Defendant Hanna, however, failed to provide the undersigned with any basis for striking the appointment of the Federal Public Defender. Nor does the instant motion, (DE 27), provide grounds for appointing new counsel.

2