UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6032-CR-ZLOCH(s)

UNITED STATES OF AMERICA,

        PLAINTIFF,    :

v.    :

LIONEL HANNA,    :

        DEFENDANT.    :



### NOTICE OF INTENT TO SUPERSEDE INDICTMENT

Notice is hereby provided to the defendant and to the Court for scheduling purposes that the United States of America will seek to supersede the indictment if the defendant Brunach has not scheduled a change of plea with the Court by no later than Wednesday, March 22, 2000.

    Respectfully submitted,

    THOMAS E. SCOTT
    UNITED STATES ATTORNEY

By: _____
    DONALD F. CHASE, II
    ASSISTANT UNITED STATES ATTORNEY
    Court Number A5500077
    500 East Broward Boulevard
    Suite 700
    Fort Lauderdale, Florida 33394
    Tel. (954) 356-7255
    Fax. (954) 356-7336

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed on this 20th day of March 2000, to Robert Berube, Esq., Assistant Federal Public Defender, 101 NE 3rd Avenue, Suite 202, Ft. Lauderdale, FL 33301

　　　　　　　　　　　　　　　　/s/ Donald F. Chase II
　　　　　　　　　　　　　　　　DONALD F. CHASE, II
　　　　　　　　　　　　　　　　ASSISTANT UNITED STATES ATTORNEY