UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. <u>00-6032-CR-ZLOCH</u>

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>LIONEL HANNA, )<br>)<br>Defendant. )<br>_____) | **NIGHT BOX<br>FILED**<br><br>MAR 2 2 2000<br><br>CLARENCE MADDOX<br>CLERK, USDC / SDFL / FTL |

## MOTION TO SET TRIAL FOR SECOND WEEK OF TRIAL PERIOD

The United States of America, by and through the undersigned Assistant United States Attorney, hereby moves this Court to set the case for trial during the second week of the trial period. The case agent for the Government will be outside the district on a prepaid vacation during the first week of the trial period.

Wherefore, for the foregoing reason, the United States of America respectfully requests that this Court set the trial of this matter for the second week of the trial period beginning on April 3, 2000.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court Number A5500077
500 East Broward Boulevard
Suite 700
Fort Lauderdale, Florida 33301
Tel. (954) 356-7255
Fax. (954) 356-7336

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 23rd of March 2000 to Robert Berube, Esq., Federal Public Defender's Office, 101 NE 3rd Avenue, Suite 202, Fort Lauderdale, FL 33301.

*[signature]*
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY