DFC:km

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6032-CR-ZLOCH(s)
21 U.S.C. §841(a)(1)
18 U.S.C. 2
18 U.S.C. §924(c)
18 U.S.C. §922(g)

UNITED STATES OF AMERICA,              :

PLAINTIFF,              :

v.                                              :

LIONEL HANNA,                              :

DEFENDANT.           :
_____

### SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about January 7, 2000, at Broward County, in the Southern District of Florida, the defendant,

LIONEL HANNA,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, which was in the trunk of a white 1998 Infiniti four-door car; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT II

On or about January 7, 2000, at Broward County, in the Southern District of Florida, the defendant,

LIONEL HANNA,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, mixtures and substances containing detectable amounts of cocaine, and cocaine containing cocaine base commonly known as "crack cocaine", which was in a single family residence located at 416 N.W. 14th Way, Fort Lauderdale, Florida; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT III

On or about January 7, 2000, at Broward County, in the Southern District of Florida, the defendant,

LIONEL HANNA,

did knowingly possess in furtherance of a drug trafficking offense, a firearm, that is, a Colt .45 caliber pistol; said drug trafficking offense being a felony prosecutable in a court of the United States, that is, a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count II of this indictment.

All in violation of Title 18, United States Code, Sections 924(c) and 2.

## COUNT IV

On or about January 7, 2000, at Broward County, in the Southern District of Florida, the defendant,

LIONEL HANNA,

having been previously convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess a firearm in and affecting commerce, to wit, a Colt .45 caliber pistol, and ammunition; in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA         CASE NO. ___00-6032-CR-ZLOCH___

v.                               **CERTIFICATE OF TRIAL ATTORNEY***

LIONEL HANNA                     **Superseding Case Information:**

**Court Division:** (Select One)

New Defendant(s)        Yes ___   No _X_
Number of New Defendants        _0_
Total number of counts          _4_

___ Miami   ___ Key West
_X_ FTL     ___ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) ___No___
   List language and/or dialect _____

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days       _X_          Petty       ___
   II   6 to 10 days      ___          Minor       ___
   III  11 to 20 days     ___          Misdem.     ___
   IV   21 to 60 days     ___          Felony      _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?   (Yes or No) _No_
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region?___ Yes ___ No

                                 _____signature_____
                                 DONALD F. CHASE, II
                                 ASSISTANT UNITED STATES ATTORNEY
                                 Florida Bar No. A5500077

*Penalty Sheet(s) attached                              REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: __LIONEL HANNA__   No.: 00-6032-CR-ZLOCH(s)

Count #I:
Possession with intent to distribute cocaine; in violation of 21:841(a)(1)

Max Penalty: Mandatory minimum of 5 years' imprisonment; maximum of 20 years' imprisonment; $2 million fine

Count #: II
Possession with intent to distribute cocaine and cocaine base; in violation of 21:841(a)(1)

*Max Penalty: Mandatory minimum of 5 years' imprisonment; maximum of 20 years' imprisonment; $2 million fine

Count #: III
Armed Trafficking; in violation of 18:924(c)

*Max Penalty: 5 years' consecutive imprisonment

Count #: IV
Possession of Firearm by Convicted Felon; in violation of 18:922(g)(1)

*Max Penalty: 10 years' imprisonment; $250,000 fine

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96