UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6032-CR-ZLOCH
Magistrate Judge Seltzer

UNITED STATES OF AMERICA,
    Plaintiff,

v.

LIONEL HANNA,

    Defendant.
_____/



### DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE

COMES NOW the defendant, by and through his undersigned attorney, and files his Motion For Continuance, and states as follows:

1. The above-styled matter is set for trial on March 27, 2000.

2. The defendant requests a thirty day continuance of the trial date. The defendant is not ready for trial. A superseding indictment recently was returned against the defendant. Additional time is necessary to complete the factual investigation of the charges and to complete trial preparation.

3. The undersigned has spoken with Assistant United States Attorney Don Chase who has authorized the undersigned to represent that the Government has no objection to the court granting the motion and continuing the case.



WHEREFORE the defendant prays that the Court grant this motion and continue the trial of this cause.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: *Martin␣Cahill* /s/
Robert N. Berube
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 304207
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / 356-7556 (Fax)

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 23rd day of March, 2000, to Don Chase, Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394.

*Martin␣Cahill* /s/
Robert N. Berube