UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO: 00-6032-CR-ZLOCH(s)

UNITED STATES OF AMERICA,   )
                            )
                            )
v.                          )
                            )
                            )
LIONEL HANNA,               )
                            )
          Defendant.        )
_____ )

## SPEEDY TRIAL REPORT

The United States of America, by and through the undersigned Assistant United States Attorney, submits this Speedy Trial Report for the above-captioned case, pursuant to Local Rule 25.

The defendant was indicted on February 3, 2000. The defendant first appeared before this Court on February 9, 2000. Since then proceedings have occurred resulting in excludable time under Title 18, United States Code, Section 3161(h). The following chart is provided for the convenience of the Court:

| | MOTION OR PROCEEDING | DATE OF FILING OR PROCEEDING | DATE OF ORDER | EXCLUDABLE TIME |
|---|---|---|---|---|
| 1. | Arraignment | 2/9/00 | | 1 day |
| 2. | Motion to Continue | 3/23/00 | pending | To Present |

Consequently, 42 non-excludable days have elapsed since the initial appearance of the defendant.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: /s/ Donald F. Chase, II
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500077
500 East Broward Boulevard, Suite 700
Fort Lauderdale, FL 33394
Tel: (954) 356-7255
Fax: (954) 356-7336

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on March 24, 2000, to Robert Berube, Esq., Federal Public Defender's Office, 101 NE 3rd Avenue, Suite 202, Fort Lauderdale, FL 33301.

/s/ Donald F. Chase, II
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY