COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: LIONEL HANNA (J)   CASE NO: 00-6032-CR-ZLOCH
AUSA: Don Chase by Terry Thompson   ATTY: Bob Berube
AGENT: _____   VIOL: _____

PROCEEDING Arraignment on Superseding Ind. RECOMMENDED BOND

BOND HEARING HELD - yes/no   COUNSEL APPOINTED _____

   BOND SET @ _____

   SPECIAL CONDITIONS:

FILED by _____ D.C.
MAR 23 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) To be cosigned by: _____

2) Rpt to PTS ___ x's a wk/month by phone;   ___ x's a wk/month in person

3) Travel extended to: _____

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:
   PTD/BOND HRG:
   PRELIM/ARRAIGN:
   REMOVAL HRG:
   STATUS CONF: April 7, 2000 @ 9:30 a.m.
   FTL/LSS
Date: March 24, 2000 Time 11:00 a.m.   TAPE #00- 017   Begin: 1300   End: 1352

35