UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES


FILED by _____ D.C.
MAR 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6032-CR-Zloch   DATE 3-27-00

CLERK Arline Newby   REPORTER Carl Schanzleh

PROBATION   INTERPRETER

UNITED STATES OF AMERICA v. Lionel Hanna

U. S. ATTORNEY Donald Chase   DEFT COUNSEL Martin Bidwell for Bierke

DEFENDANT: PRESENT   NOT PRESENT   ON BOND   IN CUSTODY

REASON FOR HEARING Calendar Call

RESULT OF HEARING Deft's mtn for continuance granted - all time excludable until trial actually commences -

JUDGMENT

CASE CONTINUED TO   TIME   FOR

MISC 3 days