UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6032-CR-ZLOCH(S)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LIONEL HANNA,

    Defendant.
_____/

**ORDER GRANTING CONTINUANCE AND RESETTING TRIAL**

FILED by ___ D.C.
APR 0 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

THIS MATTER is before the Court for Calendar Call on March 27, 2000, and upon the Defendant, Lionel Hanna's, Unopposed Motion For Continuance Of Trial, bearing Certificate of Service dated March 23, 2000, based upon the need of counsel for said Defendant for additional time within which to prepare to properly defend this matter. The Court has carefully reviewed said Motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Defendant, Lionel Hanna's, Unopposed Motion For Continuance Of Trial be and the same is hereby **GRANTED**. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendants in a Speedy Trial.

**IT IS FURTHER ORDERED AND ADJUDGED** that the above-styled cause is hereby removed from the trial calendar of March 28, 2000 and is

39

Case 0:00-cr-06032-WJZ   Document 39   Entered on FLSD Docket 04/05/2000   Page 2 of 2

hereby reset for the two-week trial calendar commencing on Monday, May 22, 2000, at 9:30 a.m., in Courtroom A, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida. Calendar Call is hereby set for Friday, May 19, 2000, at 9:00 a.m. in Courtroom A, United States Courthouse, Fort Lauderdale, Florida.

**Any Motions For Continuance must be filed fourteen (14) days prior to Calendar Call.**

The Court further finds that the delay resulting from the date of this continuance, March 23, 2000, through and including May 22, 2000, the date set for trial, or the date the trial commences, whichever is later, shall be deemed excludable time under Title 18, United States Code, § 3161(h)(8).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of April, 2000.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

Donald F. Chase, II, Esq., AUSA

Robert N. Berube, Esq., AFPD
For Defendant Hanna