UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6032-CR-ZLOCH

UNITED STATES OF AMERICA,           :

       Plaintiff,                  :

v.                                  :

LIONEL HANNA,                       :

       Defendant.                  :
_____



**STATUS REPORT**

    A status conference was held in this cause on April 7, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery has been provided, with the exception of laboratory and fingerprint reports, which will be furnished to counsel upon receipt by the Government.

    2. The defendant may be retaining private counsel.

    3. This case will be ready for trial as scheduled on May 22, 2000.

    DATED at Fort Lauderdale, Florida, this 7th day of April, 2000.

                                                      LURANA S. SNOW
                                                      CHIEF UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Donald Chase (FTL)
AFPD Robert Berube (FTL)

