HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __HAROLD ROBINSON__ CASE NO: __00-6042-CR-ZLOCH__
AUSA __BERTHA MITRANI__ /pres ATTY __ALAN SOVAN__ Not pres

@ 3020

DEFT __LIONEL HANNA__ CASE NO: __00-6032-CR-ZLOCH__ ✓
AUSA __DON CHASE__ /Kay ATTY __AFPD BOB BERUBE__

new cnsl to file an appearance   00-020 @ 2864
trial set 5/22

DEFT __SHERMAN EXLEY__ CASE NO: __00-8033-CR-ZLOCH__
AUSA __JAMES HOPKINS__ /Kay ATTY __FPD Berube for Wilcox__

Disc not out - No trial set    @ 2938
possible plea - disc to be out by
4/18 - M/due 4-26

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____


DEFT _____ CASE NO: _____
AUSA _____ ATTY _____


DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DATE __4/7/00__    TIME __9:30__

41