NON-COMPLIANCE OF S.D. fla. L.R. 5.1.A

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STASTES OF AMERICA

                Plaintiff,        CASE NO.: 00 6032 CR ZLOCH

vs.

                               Florida Bar No.: 198242

LIONEL J. HANNA

                Defendant.
_____/

## NOTICE OF APPEARANCE

**DON S. COHN, ESQ.**, 1504 N.W. 14th Street, Miami, Fl 33125, hereby files his Notice of Appearance in this cause on behalf of the Defendant **LIONEL J. HANNA**.

**UNDERSIGNED COUNSEL** requests that the Clerk hereafter forward to the undersigned copies of all pleadings and other documents filed in the above captioned matter, and further,

**IT IS HEREBY** requested that the Clerk of this Court promptly notify the undersigned as to the time, date, and place of Arraignment, Hearings, Reports, Soundings, and Trial to insure prompt appearance.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this 11th day of April 2000 to the United States Attorney's Office, 299 East Broward Blvd., Ft. Lauderdale, Fl 33301 and Assistant Federal Public Defender Robert Berube, 101 NE 3rd Avenue, Suite 202 Fort Lauderdale Fl 33301.

                                                     Don S. Cohn, Esq.
                                                     Don S. Cohn, P. A.
                                                     1504 NW 14th Street
                                                       Miami, Fl 33125
                                                     (305) 324-1649

Don S. Cohn, P.A., 1504 N.W. 14th Street, , Miami, Florida 33125, (305) 324-1649