UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6032-CR-ZLOCH
Magistrate Judge Seltzer

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LIONEL HANNA,

    Defendant.
_____/

## ORDER TERMINATING APPOINTMENT OF COUNSEL

This cause having come before the Court on the Defendant's motion for termination of appointment of counsel and the Court being fully advised, it is

ORDERED AND ADJUDGED that the Federal Public Defender's motion for termination of appointment as counsel is **GRANTED** and she is relieved of further duties in this cause.

DONE AND ORDERED in Fort Lauderdale, Florida, this 17th day of April, 2000.

~~WILLIAM J. ZLOCH~~
United States ~~District~~ Magistrate Judge

cc:    Robert N. Berube, AFPD
       Don Chase, AUSA
       Don S. Cohn