UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

MAY 19 2000

CASE NUMBER 00 - 6032-Cr-Zloch   DATE 5-19-00
CLERK Carline Newby   REPORTER Carl Schanzleh
PROBATION _____   INTERPRETER _____

UNITED STATES OF AMERICA  v. Lionel Hanna

U. S. ATTORNEY Donald Chase   DEFT COUNSEL Dan Cohn

DEFENDANT:   PRESENT   NOT PRESENT   ON BOND   IN CUSTODY

REASON FOR HEARING Calendar Call

RESULT OF HEARING Deft's Mtn for Continuance Granted - all time excludable

JUDGMENT

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC 3 days

48