FILED by _____ D.C.
JUN 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER **00-6032-CR**    DATE **June 30, 2000**
CLERK **Amy Jordan**    REPORTER **Carl Schangleh**
PROBATION _____    INTERPRETER _____

UNITED STATES OF AMERICA v. **Lionel J. Hanna**

U.S. ATTORNEY **Donald Chase**    DEFT COUNSEL **Don Cohn**

DEFENDANT: PRESENT (NOT PRESENT)   ON BOND   (IN CUSTODY) FDC

REASON FOR HEARING **Calendar Call**

RESULT OF HEARING **Government's emergency motion to Continue — Granted. — Order will be issued**

JUDGMENT _____

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC _____

59