UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: **00-6032-CR-ZLOCH\SELTZER(s)**

UNITED STATES OF AMERICA )
)
)
v. )
)
)
LIONEL HANNA, )
)
Defendant. )
_____ )

## NOTICE OF GOVERNMENT'S INTENT TO INTRODUCE FEDERAL RULE OF EVIDENCE 404(B) SIMILAR ACT EVIDENCE

Notice is hereby provided of the government's intention to introduce pursuant to Federal Rule of Evidence 404(b) during the presentation of its case-in-chief, exhibits, testimony and evidence related to the convictions of the defendant for offenses similar in nature to those contained in the indictment and regarding his past uncharged but admitted drug trafficking: The defendant has previously been convicted of the following drug trafficking offenses:

1. September 8, 1993 convictions for Trafficking in Cocaine and Conspiracy to Traffick in Cocaine in case number 92-21852-A in and for the 11th Judicial Circuit Court for Dade County, Florida.

Similar act evidence of the defendant's past uncharged but admitted drug trafficking is found within the defendant's handwritten autobiography manuscript produced by the government in its standing discovery response dated February 24, 2000 and the



defendant's spontaneous post-arrest statement.

                              Respectfully submitted,

                              GUY A. LEWIS
                              UNITED STATES ATTORNEY

By: _____
      DONALD F. CHASE, II
      ASSISTANT UNITED STATES ATTORNEY
      Court Number A5500077
      500 East Broward Boulevard
      Suite 700
      Fort Lauderdale, Florida 33394
      Tel. (954) 356-7255
      Fax. (954) 356-7336

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was delivered by United States mail this 5th day of July 2000 to Don Cohn, Esq., 1504 NW 14th Street, Miami, Florida 33125.

_____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY