UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6032-CR-ZLOCH

FILED by _____ D.C.

JUL 0 7 2000

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LIONEL J. HANNA,

    Defendant.

_____/

**ORDER GRANTING CONTINUANCE AND RESETTING TRIAL**

THIS MATTER is before the Court for Calendar Call on June 30, 2000 and upon the Government's Emergency Motion To Continue Trial, bearing Certificate of Service dated June 28, 2000, based upon the unavailability of a key witness for the Government. The Court has carefully reviewed said Motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Government's Emergency Motion To Continue Trial be and the same is hereby **GRANTED**. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a Speedy Trial.

**IT IS FURTHER ORDERED AND ADJUDGED** that the above-styled cause is hereby removed from the trial calendar of July 3, 2000 and is hereby reset for the two-week trial calendar commencing on

Monday, August 28, 2000, at 9:30 a.m., in Courtroom A, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida. Calendar Call is hereby set for Friday, August 25, 2000, at <u>9:00 a.m.</u> in Courtroom A, United States Courthouse, Fort Lauderdale, Florida.

**Any Motions For Continuance <u>must be filed</u> fourteen (14) days prior to Calendar Call.**

The Court further finds that the delay resulting from the date of this continuance, June 28, 2000, through and including August 28, 2000, the date set for trial, or the date the trial commences, whichever is later, shall be deemed excludable time under Title 18, United States Code, § 3161(h)(3)(A)

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of July, 2000.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Donald F. Chase, II, Esq., AUSA

Don Cohn, Esq.
For Defendant Hanna

2