FILED by D.C.
AUG 9 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6032-CR-Zloch (s)

UNITED STATES OF AMERICA

vs

Leonel Hanna

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 8-9-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

| | | |
|---|---|---|
| DEFENDANT: | Address: | In Custody |
| | Telephone: | |
| DEFENSE COUNSEL: | Name: | Don Cohn |
| | Address: | |
| | Telephone: | |
| BOND SET/CONTINUED: | $ | Cont'd in custody |

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this ___9___ day of ___August___, 20_00_.

CLARENCE MADDOX, CLERK OF THE COURT,

By: /s/ _____
Deputy Clerk

Tape No. 00-065

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services