| | |
|---|---|
| DEFT: Leonel Hanna (J)# | CASE NO: 00-6032-CR-Zloch (s) |
| AUSA: Don Chase present | ATTNY: Don Cohn present |
| AGENT: | VIOL: |
| PROCEEDING: Arraignment on SS Indictment | BOND REC: |
| BOND HEARING HELD - yes/no | COUNSEL APPOINTED: |

___ BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

FILED by ___ D.C.
AUG 9 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/ travel documents.
4) Rpt to PTS as directed /or ___ X's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
___ Electronic Monitoring

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:   N/A
STATUS CONFERENCE:
DATE: 8-9-00   TIME: 11:00am   TAPE # 00-065  PG # 2
357-400