FILED 08/28/2000

AUG 25 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**HONORABLE WILLIAM J. ZLOCH**
**CRIMINAL MINUTES**

CASE NUMBER 00-6032-CR-Zloch  DATE 8-25-00

CLERK Carline Newby  REPORTER Carl Schenzleh

**PROBATION**  **INTERPRETER**

UNITED STATES OF AMERICA v. Lionel J. Hanna

U. S. ATTORNEY Donald Chase  DEFT COUNSEL Don Cohn

**DEFENDANT: PRESENT  NOT PRESENT  ON BOND  IN CUSTODY**

REASON FOR HEARING Calendar Call

RESULT OF HEARING Ready —
Mtns — Tues — 10:00

**JUDGMENT**

**CASE CONTINUED TO**  **TIME**  **FOR**

MISC 3 days
custody

72