UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
AUG 29 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER  CO-6032-CR-Zloch  DATE 8-25-00
CLERK Carlne Newby   REPORTER Carl Schanzleh
PROBATION _____ INTERPRETER _____

UNITED STATES OF AMERICA v. Lionel J. Hanna

U. S. ATTORNEY Donald Chase  DEFT COUNSEL Don Cohn

DEFENDANT:  (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Motions to Suppress DE 52, DE 51 & Mtn to Sever DE 67 -

RESULT OF HEARING Govt put on Testimony - Govt Rested. Deft Rested - Deft advised of his right to testify - Deft Remains silent - Argument heard -
JUDGMENT Mtns to Suppress denied - Mtn to Sever denied -
Jury Selection - Tues Wed - Sept 6 - 8:45

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC _____