AO 187 (Rev. 7/87) Exhibit and Witness List

Deft

FILED by _____ D.C.
SEP 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
v.
LIONEL J. HANNA

EXHIBIT AND WITNESS LIST

CASE NUMBER: 00-6032-CR-ZLOCH

| PRESIDING JUDGE          | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|--------------------------|----------------------|----------------------|
| WILLIAM J. ZLOCH         | DONALD CHASE         | DON COHN             |
| TRIAL DATE(S)            | COURT REPORTER       | COURTROOM DEPUTY     |
| 8/29/00                  | CARL SCHANZLEH       | CARLINE NEWBY        |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|----------|----------|--------------|--------|----------|----------------------------------------|
|          |          |              |        |          | None                                   |

76