AO 187 (Rev. 7/87) Exhibit and Witness List

FILED by _____ D.C.
SEP 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
v.
LIONEL J. HANNA

EXHIBIT AND WITNESS LIST

CASE NUMBER: 00-6032-CR-ZLOCH

| PRESIDING JUDGE | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|
| WILLIAM J. ZLOCH | | | | DONALD CHASE | DON COHN |
| TRIAL DATE(S) | | | | COURT REPORTER | COURTROOM DEPUTY |
| 8/29/00 | | | | CARL SCHANZLEH | CARLINE NEWBY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | MOTION TO SUPPRESS |
| 1-7 | | 8/29/00 | 8/29/00 | 8/29/00 | PHOTOS. (7) |
| 8 | | " | " | " | SEARCH WARRANT |

77