FILED by _____ D.C.
SEP 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6032-CR-Zloch  DATE 9-6-00
CLERK Caroline Newby  REPORTER Carl Schanzler
PROBATION _____  INTERPRETER _____

UNITED STATES OF AMERICA v. Lionel Hanna

U.S. ATTORNEY Donald Chase  DEFT COUNSEL Don Cohn

DEFENDANT: (PRESENT)  NOT PRESENT  ON BOND  (IN CUSTODY)

REASON FOR HEARING Change of Plea to Cts 1, 2, 3 & 4 of Second Superseding Indictment

RESULT OF HEARING Deft entered a plea of guilty to Cts 1, 2, 3 & 4

JUDGMENT Court accepted plea & adjudged Deft guilty to Cts 1, 2, 3 & 4

CASE CONTINUED TO 11-17-00  TIME 11:30  FOR Sentencing

MISC Written Plea Agreement


79