**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,** ) | CASE NUMBER |
| ) PLAINTIFF, ) | 00-6032-CR-ZLOCH |
| ) VS. ) | |
| ) **LIONEL J. HANNA,** ) | THIS VOLUME: |
| ) DEFENDANT. ) | PAGES 1 - 64 |
| _____ ) | |

TRANSCRIPT OF PLEA COLLOQUY HAD BEFORE THE HONORABLE WILLIAM J. ZLOCH, IN FORT LAUDERDALE, BROWARD COUNTY, FLORIDA, ON WEDNESDAY, SEPTEMBER 6, 2000, IN THE ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE GOVERNMENT:   DONALD CHASE, A.U.S.A.

FOR THE DEFENDANT:    DON COHN, ESQ.

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488



# TRANSCRIPT NOT SCANNED

**PLEASE REFER TO COURT FILE**