

FILED by _____ D.C.
NOV 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6032-CR-ZLOCH   DATE 11-17-00
CLERK Carlene Reilly   REPORTER Carl Schanzleh
PROBATION Georgann Stanley   INTERPRETER _____

UNITED STATES OF AMERICA v. Lionel Hanna

U. S. ATTORNEY Donald Chase   DEFT COUNSEL Don Cohn

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Sentencing

RESULT OF HEARING Deft's mtn for downward departure denied - Ct 1, 2, 3 & 4 - 180 months custody of BOP - 120 as to 1, 2 & 4 to Run concurrently

JUDGMENT 60 months as to Ct 3 to Run consecutively - $400 assessment - 5 yrs Sup Rel as to Cts 1 & 3 to Run concurrently, 4 yrs Ct 2

CASE CONTINUED TO _____   TIME _____   FOR _____
3 yrs as to Ct 4 All to Run concurrently.
MISC Participate in drug/alcohol abuse program -

85