# UNITED STATES DISTRICT COURT

SOUTHERN District of FLORIDA

FILED by _____ D.C.
NOV 20 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA
v.
LIONEL HANNA

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

CASE NUMBER: 00-6032-CR-ZLOCH

DON S. COHN, ESQ.
Defendant's Attorney

**THE DEFENDANT:**

[X] pleaded guilty to count(s) 1, 2, 3 & 4

[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.

[ ] was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21:841(a)(1) | possession with intent to distribute in excess of five kilograms of cocaine | 1/00 | 1 |
| 21:841(a)(1) | possession with intent to distribute in excess of five grams of cocaine base | 1/00 | 2 |
| 18:924(c) | possession of a firearm during the commission of a drug trafficking offense | 1/00 | 3 |
| 18:922(g)(1) | possession of a firearm by a convicted felon | 1/00 | 4 |

TO THE EXTENT NOT OTHERWISE DISPOSED OF HEREIN, ALL PENDING MOTIONS ARE DENIED AS MOOT.

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

[ ] Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 2/5/41
Defendant's USM No. 55194-004
Defendant's Residence Address:

Defendant's Mailing Address:

Date 11-20-00

Date of Imposition of Judgment: 11/17/00

Signature of Judicial Officer

WILLIAM J. ZLOCH
CHIEF UNITED STATES DISTRICT JUDGE
Name and Title of Judicial Officer

Date 11/20/00

87

DEFENDANT: LIONEL HANNA
CASE NUMBER: 00-6032-CR-ZLOCH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 180 months. That term consists of 120 months as to Counts 1, 2 and 4 to run concurrently and 60 months as to Count 3 to run sonsecutive to Counts 1, 2 & 4.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ a.m./p.m. on _____.
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____.
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 1-18-01 to FCI YAZ
at Yazoo City, MS with a certified copy of this judgment.

K. Yusuff  Warden
~~UNITED STATES MARSHAL~~

By E. White  LOE
Deputy U.S. Marshal