UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-6618-CIV-ZLOCH
00-6032-CR-ZLOCH

FILED by _____ D.C.
JAN 29 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

LIONEL HANNA,

    Movant,

vs.                                       **FINAL ORDER OF DISMISSAL**

UNITED STATES OF AMERICA,

    Respondent.
_____/

THIS MATTER is before the Court upon the Report Of Magistrate Judge (DE 14) filed herein by United States Magistrate Judge Charlene H. Sorrentino. No objections have been filed to said Report. The Court has conducted a *de novo* review of the entire record herein and after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Report Of Magistrate Judge (DE 14) filed herein by United States Magistrate Judge Charlene H. Sorrentino, be and the same is hereby approved, ratified and adopted by the Court;

2. The Movant's Motion To Vacate (DE 1) be and the same is hereby **DENIED**;

3. The above-styled cause be and the same is hereby **DISMISSED**; and

4. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of January, 2002.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:
See attached Mailing List

LIONEL HANNA v. UNITED STATES OF AMERICA
CASE NOS. 01-6618-CIV-ZLOCH and 00-6032-CR-ZLOCH

The Honorable Charlene H. Sorrentino
United States Magistrate Judge

Lionel Hanna, Pro Se
Reg. No. 55194-004
FCI - Yazoo City
P. O. Box 5000
Yazoo City, MS 39194-5000

Donald F. Chase, II, Esq.
Assistant U.S. Attorney
500 East Broward Blvd., 7th Floor
Fort Lauderdale, FL 33301
For Respondent